UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 18-9874-DMG (JPRx)** | Date  May 10, 2019 |

Title  *Logan Kurtz v. Diversified Consultants, Inc.*

---

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings:  IN CHAMBERS - ORDER DISMISSING ACTION**

 In light of the parties' Stipulation of Dismissal filed on May 8, 2019 [Doc. # 21], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The parties will each bear their own attorneys' fees and costs.  All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.